(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) John H Wimbley 165156
(Name of Plaintiff)      (Inmate Number)

KRYCI
(Complete Address with zip code)

07 - 179

07 - 179

(2) _____
(Name of Plaintiff)      (Inmate Number)

(Case Number)
( to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

CIVIL COMPLAINT

(1) c/o Jermaine McReynolds

(2) _____

• • Jury Trial Requested  07 - 179

(3) _____
(Names of Defendants)

FILED

MAR 2 8 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I. PREVIOUS LAWSUITS

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

I filed A class Action lawsuit on About 9/20/07 In united District court civil Action No # 06-572 GMS this law suit was granted in district court on officer Brown and SGT Read, Assigns Judge is gregory m Sleet

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? •(Yes)• •No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? • •Yes •(•No)

C. If your answer to "B" is Yes:

  1. What steps did you take? _____

  2. What was the result? The officer upon hiself and thaew the copy iuthe fnish

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Jermains McReynolds

Employed as guard at HRYCI

Mailing address with zip code: P.O Box 9561 Wilmington, Del 19809

(2) Name of second defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(3) Name of third defendant: _____

Employed as _____ at _____

Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. In July I was taken to medical by c/o Jermaine McReynolds in hand cuffs for not taking my medications while cuffed c/o McReynold slammed my head into the wall in the Alcove

2. he Also used His For-Arm to smash my face Repeatly into the wall by placing it in the back of my Neck This is truly officer misconduct And Actions need to be Taken

3. _____

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want to sue c/o Jermaine McReynolds in there individual compassiondly And offishoul compassiouedy for. 200,000.00 dollars

3

2. _____

_____

_____

_____

_____

3. _____

_____

_____

_____

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _31_ day of _Mar_, 2_007_.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

①

FORM #584

## GRIEVANCE FORM

FACILITY: HRYCI            DATE: 6/7/06

GRIEVANT'S NAME: John W Wimbley    SBI#: 165136

CASE#: _____           TIME OF INCIDENT: 930 AM

HOUSING UNIT: 1D-1

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the above date 6/7/06 this incident happened and I filed two grievances in July I was taken to medical by C/O McReynolds in handcuffs for not taking my medications! While cuffed C/O McReynolds slammed my head into the wall in the alcove! He also used is fore-arm to smash my face into the wall by placing it in the base of my neck! This is truly officer misconduct and actions need to be taken against Jermaine Reynolds

ACTION REQUESTED BY GRIEVANT: _____

GRIEVANT'S SIGNATURE: John Wimbley       DATE: 6/4/06

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)   ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____       DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

## Return of Unprocessed Grievance

<u>Intake Action:</u> This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.   _____ Disciplinary Action   _____ Parole Decision   _____ Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # _____.

_____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are <u>not</u> accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.


_____                                    _____
Inmate Grievance Chairperson                                                Date

Form#: 584 (F&B)
(Reverse Revised July '99)


# AFFIDAVIT

State of Delaware }
New Castle County }

_____, being sworn says:

In July I was taken to medical by C/O McReynolds in hand-cuffs for not taking my medications. While cuffed C/O McReynold slamed my head into the wall in the alcove. He also used his fore-arm to smash my face repeatly into the wall by placing it in the bace of my neck. This is truely officer misconduct and actions need to be taken.

_____
Signature

Sworn and subscribed before me this 2nd day of Feb, 2007
My commission expires on 14 day of June, 2007

_____
Notary

