I AM NOT ABLE TO PAY NO MONEY TO THE COURTS AS I HAVE NONE! I Filed a class action lawsuit on 9/20/06 in United States District Court

CIVIL ACTION NO # 06-572 GMS

This lawsuit was granted in United States District Court on

OFFICER BROWN
SGT READ

CASE ASSIGNED JUDGE IS GREGORY M SLEET

The clerk of the courts gave me 30 Days to put the fee for this but i didnt have it due to lack of funds

I AM Filing Another class action Suit! I Am also sending my inmate Account to show i am indigent

I havent had no funds since 6/01/2006 I have NO funds! My LAWSUIT WAS GRANTED ON SEPT 25,2006 GRANTED ME leave of FORMA PAUPERIS My LAWSUIT WAS DISMISSAL Case NO # 06-572 GMS





```
RESIDENT HISTORY REPORT                                                    Page 1 of 1

HRYCI
03/19/07 14:44
ST 006 / OPR KJG

SBI            :  165136
Resident Name  :  WIMBLEY, JOHN
Time Frame     :  06/07/2006 17:56 - 03/19/2007 14:44

-----------------------------------------------------------------------------------
Date         Time    Type           ST   OPR     Receipt #        Amount      Balance
-----------------------------------------------------------------------------------

06/07/2006   17:56   Intake         5    BVS     E15448             1.00         1.00
06/13/2006   12:11   Add            4    SED     D49389            30.00        31.00
06/14/2006   09:41   Order          2    DDT     B119632           20.08        10.92
06/21/2006   08:36   Order          2    DDT     B120782           10.91         0.01
```

