PAGE #1

Plaintiff
John H. Wimbley #165136
V.
C/O Jermaine McReynold's
Defendant

Civil Action NO
#07-179-GMS

Filed 4/9/2007

FILED
MAY - 9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Clerk of Courts

I AM ASKING TO BE MOVED TO ANOTHER PRISON IF POSSIBLE UNDER PROTECTION UNTIL MY CIVIL ACTION CASE IS RESOLVED! I HAVE HAD NUMEROUS THREATS DIRECT AND INDIRECT FROM NUMEROUS GUARDS SINCE I filed my civil action case AGAINST this officer! I WROTE THE WARDEN ON 12/15/06 TO BE MOVED OUT OF THE prison DUE TO THREATING ACTIONS! I FEAR FOR MY SAFETY AND MY WELL BEING! I WOULD LIKE TO BE TRANSFERRED TO ANOTHER SCI FACILITY IF possible! THERE BEEN NUMEROUS complaints AGAINST THIS OFFICER FOR ABUSE THIS OFFICER HAS RELATIVES AT DCC WORK THERE! I AM REQUESTING A SCI FACILITY OR ANY WHERE ELSE IN THE STATE OF DELAWARE! I AM INCARCERATED FOR VIOLATION OF probation! I DONT WANT TO BE IN THIS FACILITY AS (I DONT FEEL SAFE!) I WAS CLASSIFIED FOR MEDIUM SECURITY! I DID ASK MEDICAL AT TIME OF INCIDENT

PAGE # 2

ON 10-8-06 TO TAKE PICTURE'S OF MY INJURIES AND I WAS REFUSED PICTURE'S! I AM ENCLOSING THE LETTER I SENT TO THE WARDEN! I PUT IN A GRIEVANCE AT THE TIME OF THE INCIDENT AND NEVER RECEIVED A RESPONCE FROM SGT MARY MOODY! THE ONLY THING I DID RECIEVE WAS A LETTER SAYING MY GRIEVANCE WOULD BE HEARD BUT I NEVER WAS NOTIFIED OF ANY ACTION ON IT!

RESPECTFULLY SUBMITTED
JOHN H Wimbley  1D pod

12/15/06

Dear Warden Willimos

the Reason for this Letter is I John Wimbley Respectfully Requests to be move to SCI I'am haveing problem with officers I Do Not feel safe IN your Jail is it possible I can get A Transfer to SCI ASAP I Don't want to be No where IN your Jail wherefore in light of All of the foregoing Information I'am John Wimbley Respectfully Requesting that the Honorable Warden Willimio Grant my Requests for my safe

Respectfully Submitted
John Wimbley
I D Pod # 15
SBI 165136

JW
Ro se
HRYCI

EXHIBIT #1

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven(7) days from the date of the occurance or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be recieved during the next working day.

---

### Return of Unprocessed Grievance

<u>Intake Action:</u> This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s):

_____ **Vulgar/Abusive or Threatening Language.** The language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

_____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.    _____Disciplinary Action    _____Parole Decision
            _____Classification Action

_____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate office to secure the information that is requested.

_____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance #_____.

_____ **Original Grievances** must be submitted to the Inmate Grievance Chairperson. Photocopies are <u>not</u> accepted.

_____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

_____ **Expired filing period.** Grievance exceeds seven(7) days from date of occurrence.


HD


_____                                    _____
Inmate Grievance Chairperson                                              Date


Form#: 584 (F&B)
(Reverse Revised July '99)

FORM #584

## GRIEVANCE FORM

FACILITY: **HRYCI**　　　　　　　DATE: **10-8-06**

GRIEVANT'S NAME: **John H. Wimbley**　SBI#: **165136**

CASE#: _____　TIME OF INCIDENT: _____

HOUSING UNIT: ~~~~~~ **1D pod**

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

In July I was taken to medical by c/o McReynolds in hand-cuffs for not taking my medications. While cuffed c/o McReynolds slammed my head into the wall in the alcove. He also used his fore-arm to smash my face repeatedly into the wall by placing it in the base of my neck. This is ~~brutal~~ truely officer misconduct and actions need to be taken.

ACTION REQUESTED BY GRIEVANT: _____

GRIEVANT'S SIGNATURE: _____　DATE: _____

WAS AN INFORMAL RESOLUTION ACCEPTED?　____(YES)　____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____　DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
　　GRIEVANT

April '97 REV

John H Wimbley - 165136
H.R.Y.C.I
P.O Box 9561
Wilmington, Del 19809

(ATTN: Judge Gregory M. Sleet)

U.S.M.S. X-RAY

Clerk
U.S District Court
Lockbox 18
844 N. King St
Wilmington, DE
19801

LEGAL MAIL ONLY