IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN H. WIMBLEY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-179-GMS |
| C/O JERMAINE MCREYNOLDS, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

WHEREAS, the plaintiff John H. Wimbley ("Wimbley"), filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on April 9, 2007, this court entered an order granting Wimbley leave to proceed *in forma pauperis* and requiring Wimbley to complete and return an authorization form within 30 days from the date the order was sent or the case would be dismissed (D.I. 4);

WHEREAS, the time period has lapsed and to date, the authorization form has not been received from Wimbley;

THEREFORE, at Wilmington this 21st day of June, 2007, IT IS HEREBY ORDERED that Wimbley' complaint is DISMISSED WITHOUT PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE



FILED

JUN 2 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE